IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN RODRIGUEZ,

    Petitioner,             No. CIV S-04-2119 LKK GGH P

    vs.

MARK SHEPHERD, et al.,

    Respondents.        ORDER

_____/

    On July 13, 2005, respondent filed a request for leave to file a supplemental answer. However, on July 20, 2005, the court issued findings and recommendations recommending that the petition be denied.

    Accordingly, IT IS HEREBY ORDERED that respondent's July 13, 2005, request for leave to file a supplemental answer is denied as unnecessary.

DATED: 8/5/05

                                /s/ Gregory G. Hollows

                                GREGORY G. HOLLOWS
                                UNITED STATES MAGISTRATE JUDGE

ggh:kj
rod2119.ord