IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN RODRIGUEZ,

    Petitioner,                    No. CIV S-04-2119 LKK GGH P

    vs.

MARK SHEPHERD, et al.,

    Respondent.               ORDER

/

        Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal of this court's September 1, 2005, denial of his application for a writ of habeas corpus. Before petitioner can appeal this decision, a certificate of appealability must issue. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

        A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The certificate of appealability must "indicate which specific issue or issues satisfy" the requirement. 28 U.S.C. § 2253(c)(3).

        A certificate of appealability should be granted for any issue that petitioner can demonstrate is "'debatable among jurists of reason,'" could be resolved differently by a different court, or is "'adequate to deserve encouragement to proceed further.'" <u>Jennings v. Woodford</u>,

1

1  290 F.3d 1006, 1010 (9th Cir. 2002) (quoting <u>Barefoot v. Estelle</u>, 463 U.S. 880, 893 (1983)).[1]

2       Petitioner has made a substantial showing of the denial of a constitutional right in
3  the following issues presented in the instant petition: 1) insufficient evidence to find petitioner
4  unsuitable for parole; 2) the BPT improperly classified petitioner's murder as first rather than
5  second degree; 3) violation of the Equal Protection Clause; 4) violation of the Americans with
6  Disabilities Act; and 5) regulations unconstitutionally vague.

7       Accordingly, IT IS HEREBY ORDERED that a certificate of appealability is
8  issued in the present action.

9  DATED:  October 25, 2005.

                                    /s/Lawrence K. Karlton
                                    UNITED STATES DISTRICT JUDGE

---

[1] Except for the requirement that appealable issues be specifically identified, the standard for issuance of a certificate of appealability is the same as the standard that applied to issuance of a certificate of probable cause.  <u>Jennings</u>, at 1010.